IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON LEE HATHAWAY,

    Plaintiff,

v.

CORRECTIONS SGT. E. COTE, et al.,

    Defendants.

2:12-cv-614-CL

**ORDER**

**PANNER, District Judge:**

    Magistrate Judge Mark D. Clarke filed a Report and Recommendation and the matter is now before me. See 28 U.S.C. § 636(b)(1)(B), Fed. R. Civ. P. 72(b). Plaintiff filed objections and I have reviewed the file of this case *de novo*. See 28 U.S.C. § 636(b)(1)(c); McDonnell Douglas Corp. v. Commodore Bus. Mach.,

1 - ORDER

Inc., 656 F.2d 1309, 1313 (9th Cir. 1981). I conclude the Report is correct.

I adopt the Report and Recommendation (#53). Defendants' motion to dismiss (#42) is GRANTED and this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED this __10__ day of May, 2013.

*[signature]*

OWEN M. PANNER
U.S. DISTRICT JUDGE

2 - ORDER